No. 8796. STATE OF MONTANA ex rel. BERKNER McPHERSON, RELATOR, *v.* THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the COUNTY OF CASCADE, and the HONORABLE GUY C. DERRY, Judge presiding therein, RESPONDENTS.

It is ordered that the petition for writ of supervisory control be denied and the proceedings dismissed.

Done this *1st day of December, 1947.*

Chief Justice, HUGH ADAIR,

Associate Justice, I. W. CHÓATE,

Associate Justice, FRED L. GIBSON,

Associate Justice, ALBERT H. ANGSTMAN,

Associate Justice, LEE METCALF.

Attorneys for Relator, *Messrs. Greenan* and *Manion* of Great Falls.